# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:12-cr-00072-APG-CWH |
| WILLIAM MORRIS EBRON | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United Stated District Court, District of Nevada<br>333 Las Vegas Blvd South<br>Las Vegas, NV 89101 | Courtroom No.: 2:12-cr-00072-APG-CWH |
|---|---|
| | Date and Time: TBD |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

**IT IS FURTHER ORDERED:** The United States marshal must transport the defendant to the unofficial Southern Division for the District of Nevada, Las Vegas. The marshal should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.

Date: 07/24/2018

*Judge's signature*

William G. Cobb, United States Magistrtate Judge
*Printed name and title*



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 24 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY